[No. 33173-0-II.   Division Two.   November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS COTE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01765-1, Leila Mills, J., entered April 15, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J.; Quinn-Brintnall, J., dissenting.

[No. 33278-7-II.   Division Two.   November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL EDWARD JIVES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01515-0, D. Gary Steiner, J., entered May 13, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33445-3-II.   Division Two.   November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ANTHONY HAGGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01936-4, Frederick W. Fleming, J., entered June 17, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 33455-1-II.   Division Two.   November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM NICHOLS SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00230-0, Jay B. Roof, J., entered June 22, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.